E-FILED: Montgomery County District Court - Rockville
Docket: 6/5/2026 2:03 PM; Submission: 6/5/2026 2:03 PM
Envelope: 26795327

**DISTRICT COURT OF MARYLAND FOR** Montgomery County - Rockville

City/County

Located at 191 East Jefferson Street, Rockville, MD 20850-2630

Court Address

Telephone (301) 563-8800

Case No. D-06-CV-26-019139

Research Plaza Acquisitions, LLC

Landlord (Plaintiff)

Whiteford Law, 7 St. Paul Street, Suite 1500

Address of Landlord/Attorney

Baltimore, MD 21202          410-347-8700

City, State, Zip          Telephone

vs.

Truist Bank - Serve on CSC Lawyers Inc. Svc. Co.

Tenant (Defendant)

Tenant (Defendant)

Tenant (Defendant)

7 St. Paul Street, Suite 820

Address of Tenant

Baltimore MD 21202

City, State, Zip          Telephone

## COMPLAINT AND SUMMONS AGAINST TENANT HOLDING OVER
### (Real Property § 8-402)

The complaint of the plaintiff shows:

1. The plaintiff is the landlord of the premises located at: 1445 Research Blvd, 2nd Floor, Rockville, MD 20850

2. Is the property required to be licensed to operate as a rental property?

   ☒ No ☐ Yes, provide license number and expiration date: _____

   ☐ Yes, but unlicensed because: ☐ exempt; ☐ of reasons under RP § 8-406(c)(1)(iii), (iv), or (v); ☐ Other _____

3. The defendant(s) occupied the premises as (a) periodic tenant(s) or unlawfully holds the premises after the expiration of the lease. The rent for the premises is $ 42,001.99 per month .

4. The plaintiff served the defendant(s) on March 6, 2025 with written notice (attached) to vacate the premises and to deliver possession to the plaintiff on November 30, 2025 .

   Date          Date

5. The plaintiff claims restitution of the possession of the premises and ☒ damages of $ 98,023.40 .

6. ☐ The plaintiff ☐ plaintiff's spouse are active duty military, relocated to Maryland as a direct result of active duty military service and intend(s) to occupy the property. I have attached supporting documentation.

### SCRA INFORMATION

☐ At least one tenant is in the military service. Name of tenant(s) in the military: _____

☒ No tenant is in the military service. The facts supporting this statement are:
Tenant is a corporate entity.

Specific facts must be given for the court to conclude that each tenant who is a natural person is not in the military.

☐ I am unable to determine whether or not any tenant is in the military service. ☐ Verified through DOD at: scra.dmdc.osd.mil/

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

/s/ Jacob H. Ziff          2012180013          Whiteford Law, 7 St. Paul St., Suite 1500

Signature of Plaintiff or Attorney          Attorney Number          Address

Jacob H. Ziff          Baltimore, MD 21202

Printed Name          City, State, Zip

410-347-8700          410.339.4056          jziff@whitefordlaw.com

Date          Telephone          Fax          E-mail

### SUMMONS

STATE OF MARYLAND, _____ :

To the sheriff/constable:

   IT IS ORDERED that you notify by first-class mail and summons, the tenant(s), assignee(s), or sub-tenant(s) to appear in the District Court shown above on _____ at _____ ☐ AM ☐ PM and to show cause, if any, why restitution

   Date          Time

of the possession of the premises should not be made to the plaintiff, together with damages, and that if the tenant(s) do(es) not appear, judgment may be entered against the tenant(s) for the relief demanded;

   IT IS FURTHER ORDERED that if you are unable to serve the summons on the tenant(s), assignee(s), or sub-tenant(s) on the property, or upon the known or authorized agent of the tenant(s), assignee(s), or sub-tenant(s), you are to affix a copy of the summons conspicuously upon the property.

Issued on _____ , and returnable to this court on or before _____ .

   Date          Date

_____          _____          _____

Date          Judge/Clerk          ID Number

NOTICE TO THE TENANT(S): (1) If there is any rent due, the landlord may, prior to the trial date shown, file a summary ejectment proceeding for failure to pay rent, and a warrant of restitution (eviction) may be issued.

(2) Information about available protections for pets during an eviction can be found through the Maryland Department of Agriculture's website at mda.maryland.gov/Pages/Pets-and-eviction.aspx

(3) To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

DC-CV-080 (Rev. 10/2025)

Need legal help or rental assistance? Talk with a lawyer at a Maryland Court Help Center. Free. Online. In Person. By Phone. ¿Necesita ayuda legal o asistencia con el alquiler? Hable con un abogado en un Centro de Ayuda de Los Tribunales de Maryland. Gratis. En línea. En persona. Por teléfono. mdcourts.gov/helpcenter. 410 260-1392.

## SHERIFF/CONSTABLE RETURN TO COURT

☐ I mailed a copy of Writ of Summons, Complaint, and all supporting papers by first-class mail to

_____ , on _____ _____ ☐ AM ☐ PM.
　　　　　　　　　Tenant(s)　　　　　　　　　　　　　　　　　Date　　　　　　Time

☐ I served a copy of Writ of Summons, Complaint, and all supporting papers by delivery to

_____ , _____ on
　　　　　　　　　Name　　　　　　　　　　　　　　　　　　　　Title

_____ _____ ☐ AM ☐ PM at _____ .
　　Date　　　　　　Time　　　　　　　　　　　　　　　　　　　Location

The person I left the papers with acknowledged being: (1) a resident of above listed address; (2) 18 years of age or older;

(3) of suitable discretion in that the relationship to the defendant is _____ ;

and that (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I

concluded that the individual served is of suitable age and discretion are: _____

_____

Description of the person served: Race _____ Sex _____ Ht _____ Wt _____ Hair _____ Eyes _____ Age _____

Other _____

☐ Neither the tenant(s) nor a person in possession of the property could be served so I affixed an attested copy of Writ

of Summons and Complaint conspicuously upon the premises described in complaint on _____ .
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

☐ The plaintiff and/or plaintiff's spouse is/are active duty military, and I have been unable to serve the summons within ten
(10) days. Service may be completed via private process server.

_____　　　　_____
　　　　　　　Date　　　　　　　　　　　　　　　　Signature of Sheriff/Constable

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed Name